VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

October 15, 2020

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) | |
| | ) | INDICTMENT FOR |
| vs. | ) | |
| | ) | INVOLUNTARY MANSLAUGHTER |
| LUCAS VINYARD | ) | |

The Special Grand Jurors of the Commonwealth of Virginia, in and for the body of the County of Fairfax, and now attending the said Court pursuant to an Order dated September 24, 2020, charges that: On or about the 17th day of November, 2017, in the County of Fairfax, as either a principal actor or in concert with another, Lucas Vinyard did feloniously kill and slay Bijan Caesar Ghaisar.

Va. Code §18.2-36
VCC MUR-0942-F5

A True Bill___ λ _____

No True Bill_____

Sherry C. Medders
F O R E M A N

Witnesses subpoenaed, sworn and
available to testify before the
Grand Jury:

Det. C. Flanagan, Fairfax County Police Dept.

VIRGINIA:

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

October 15, 2020

COMMONWEALTH OF VIRGINIA    )
)    **INDICTMENT FOR RECKLESS**
vs.    )
)    **DISCHARGE OF A FIREARM**
LUCAS VINYARD    )

The Special Grand Jurors of the Commonwealth of Virginia, in and for the body of the County of Fairfax, and now attending the said Court pursuant to an Order dated September 24, 2020, charges that: On or about the 17th day of November, 2017, in the County of Fairfax, as either a principal actor or in concert with another, Lucas Vinyard did unlawfully and feloniously handle a firearm in a manner so gross, wanton, and culpable as to show a reckless disregard for human life, thereby causing serious bodily injury to Bijan Caesar Ghaisar, resulting in permanent and significant physical impairment.

Va. Code §18.2-56.1(A1)
VCC WPN-5308-F6

A True Bill ____ X _____

No True Bill _____

*Sherry C. Medders*
F O R E M A N

Witnesses subpoenaed, sworn and
available to testify before the
Grand Jury:

Det. C. Flanagan, Fairfax County Police Dept.