Issued by MJF

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ☑

2021 AUG -4  P 5: 02

| COMMONWEALTH OF VIRGINIA | ) | |
|---|---|---|
| v. | ) | |
| Lucas Vinyard | ) | Case No. 1:21-cr-92 (CMH) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 401 Courthouse Square<br>Alexandria Virginia 22314 | Courtroom No.: 800 |
|---|---|
| | Date and Time: 08/23/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____Lucas Vinyard_____, who requests this subpoena, are:

Daniel S. Crowley
Hannon Law Group, LLP
333 8th Street N.E.
Washington, DC 20002
dcrowley@hannonlawgroup.com
(202) 232-1907

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:21-cr-92 (CMH)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: