IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, | ) |
| | ) |
| V. | ) Criminal Case No. 1:21CR92 |
| | ) |
| LUCAS VINYARD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's 12(b)(1) Motion to Dismiss is GRANTED, and this case is DISMISSED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 22, 2021